**Exhibit E**

**Infringement of Claim 1 of U.S. Patent Number 7,254,266 by Qmetrics**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | **Announcing DiscernAI™…Improving Clinical Trials by SEEING MORE**<br><br>Qmetrics can uncover important data insights by **seeing more**. Whether it is automatically segmenting hard-to-detect features of the knee or leveraging machine learning to detect early mild cognitive impairment in the brain, Qmetrics expertise is unique in the industry.<br><br>Now, Qmetrics is pleased to announce its new service, **DiscernAI™**. *DiscernAI* improves data analyses through the use of artificial intelligence (AI) and machine learning (ML). *DiscernAI*'s data mining platform includes proprietary software and a growing catalogue of machine learning-based "signatures." The *DiscernAI* platform has been developed over many years by Qmetrics' imaging and data science experts.<br><br>By using *DiscernAI* to *see more*, Qmetrics brings unique value to biopharma and CROs, allowing the discovery of unique subject characteristics using advanced machine learning techniques on clinical data and images to improve clinical trials.<br><br>*DiscernAI Signatures* are a set of quantified clinical, genetic, and post-processed imaging features that identify unique patient characteristics, disease states, or treatment responses. These *DiscernAI Signatures* have been previously discovered and validated, and can be applied to existing data without additional machine learning.<br><br>http://web.qmetricstech.com/qmetrics/discernai/<br><br>Qmetrics imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit E**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | **Announcing DiscernAI™…Improving Clinical Trials by SEEING MORE**<br><br>Qmetrics can uncover important data insights by *seeing more*. Whether it is automatically segmenting hard-to-detect features of the knee or leveraging machine learning to detect early mild cognitive impairment in the brain, Qmetrics expertise is unique in the industry.<br><br>Now, Qmetrics is pleased to announce its new service, **DiscernAI™**. *DiscernAI* improves data analyses through the use of artificial intelligence (AI) and machine learning (ML). *DiscernAI*'s data mining platform includes <u>proprietary software</u> and <u>a growing catalogue of machine learning-based "signatures."</u> The *DiscernAI* <u>platform has been developed over many years by Qmetrics' imaging and data science experts.</u><br><br>By using *DiscernAI* to *see more*, Qmetrics brings unique value to biopharma and CROs, allowing the discovery of unique subject characteristics using advanced machine learning techniques on clinical data and images to improve clinical trials.<br><br>*DiscernAI Signatures* are a set of quantified clinical, genetic, and post-processed imaging features that identify unique patient characteristics, disease states, or treatment responses. These *DiscernAI Signatures* have been previously discovered and validated, and can be applied to existing data without additional machine learning.<br><br>http://web.qmetricstech.com/qmetrics/discernai/<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | **Announcing DiscernAI™…Improving Clinical Trials by SEEING MORE**<br><br>Qmetrics can uncover important data insights by *seeing more*. Whether it is automatically segmenting hard-to-detect features of the knee or leveraging machine learning to detect early mild cognitive impairment in the brain, Qmetrics expertise is unique in the industry.<br><br>Now, Qmetrics is pleased to announce its new service, **DiscernAI™**. *DiscernAI* improves data analyses through the use of artificial intelligence (AI) and machine learning (ML). *DiscernAI*'s data mining platform includes proprietary software and <u>a growing catalogue of machine learning-based "signatures." The *DiscernAI* platform has been developed over many years by Qmetrics' imaging and data science experts.</u><br><br>By using *DiscernAI* to *see more*, Qmetrics brings unique value to biopharma and CROs, allowing the discovery of unique subject characteristics using advanced machine learning techniques on clinical data and images to improve clinical trials.<br><br>*DiscernAI Signatures* are a set of quantified clinical, genetic, and post-processed imaging features that identify unique patient characteristics, disease states, or treatment responses. These *DiscernAI Signatures* have been previously discovered and validated, and can be applied to existing data without additional machine learning.<br><br>http://web.qmetricstech.com/qmetrics/discernai/<br><br>The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| storing said evolving algorithm as a product algorithm; providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. | **Announcing DiscernAI™…Improving Clinical Trials by SEEING MORE**<br><br>Qmetrics can uncover important data insights by *seeing more*. Whether it is automatically segmenting hard-to-detect features of the knee or leveraging machine learning to detect early mild cognitive impairment in the brain, Qmetrics expertise is unique in the industry.<br><br>Now, Qmetrics is pleased to announce its new service, **DiscernAI™**. *DiscernAI* improves data analyses through the use of artificial intelligence (AI) and machine learning (ML). *DiscernAI*'s data mining platform includes proprietary software and a growing catalogue of machine learning-based "signatures." The *DiscernAI* platform has been developed over many years by Qmetrics' imaging and data science experts.<br><br>By using *DiscernAI* to *see more*, Qmetrics brings unique value to biopharma and CROs, allowing the discovery of unique subject characteristics using advanced machine learning techniques on clinical data and images to improve clinical trials.<br><br>*DiscernAI Signatures* are a set of quantified clinical, genetic, and post-processed imaging features that identify unique patient characteristics, disease states, or treatment responses. <u>These *DiscernAI Signatures* have been previously discovered and validated, and can be applied to existing data without additional machine learning.</u><br><br>http://web.qmetricstech.com/qmetrics/discernai/<br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement. |